UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JEFFREY A NUNEZ #252583** | **CASE NO. 2:24-CV-00157 SEC P LEAD** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CALCASIEU CORRECTIONAL CENTER ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the following defendants be **DISMISSED**: Calcasieu Correctional Center (CCC), River Bend Detention Center (RBDC), CCC Warden Strength, Stitch Guillory, Sheriff's Office East Carroll Parish, Sheriff's Office East Baton Rouge Parish, Sheriff's Office Calcasieu Parish, C. Domingue (Warden CCC), Mrs. Frost, and Mrs. Renalds.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's claims for failure to protect, claims regarding conditions of confinement at RBDC, and claims related to access to courts, grievances, and medical care be **DISMISSED** and that plaintiff's request for release from custody be **DENIED**.

**THUS DONE AND SIGNED** in chambers this 24th day of November, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**